# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY MAYFIELD and**
**PAULETTE MAYFIELD**                                                                                    **PLAINTIFFS**

**v.**                                    **Case No. 4:17-cv-000160 KGB**

**CITY OF PANGBURN, ARKANSAS,** *et al*.                                            **DEFENDANTS**

## ORDER

Before the Court is plaintiffs Larry and Paulette Mayfield's motion for voluntary dismissal with prejudice (Dkt. No. 19). Plaintiffs submit that the parties have reached a settlement agreement in this matter and seek dismissal of this case with prejudice (*Id*.). For good cause shown, the Court grants the motion and dismisses this case with prejudice (*Id*.). The pending motion to amend is denied as moot (Dkt. No. 17).

So ordered this the 23rd day of May, 2018.

_____
Kristine G. Baker
United States District Judge